PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBA 42906
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Blvd.
    Baltimore, MD 21235
    Telephone: (206) 615-2662
    Email: edmund.darcher@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA YOUSIR BAJIS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 1:23-cv-01614-WBS-GSA<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 6, 2024, up to and including June 5, 2024. This is the Defendant's first request for an extension.

    Defendant requests this extension in good faith and with good reason. Defendant's undersigned attorney is in the process of contacting the client agency to explore settlement

options in this case. Once he receives a response, he will need additional time to consult with Plaintiff's counsel, and to prepare and file a responsive brief absent settlement.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated:  May 3, 2024  /s/ Dolly Trompeter
DOLLY TROMPETER
Attorney for Plaintiff
*Authorized via e-mail on May 3, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:  /s/ Edmund Darcher
EDMUND DARCHER
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

As stipulated, defendant's response deadline is extended to and including June 5, 2024.

IT IS SO ORDERED.

Dated:  **May 3, 2024**    /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE