1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA YOUSIR BAJIS, | ) CIVIL NO. 1:23-cv-01614-WBS-GSA |
| Plaintiff, | ) |
| | ) **ORDER REMANDING PURSUANT TO** |
| v. | ) **SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| | ) **AND DIRECTING ENTRY OF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) **JUDGMENT** |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

As stipulated, this case is remanded to the Commissioner per 42 U.S.C. 405(g) sentence four.  Judgment is directed for Plaintiff.

IT IS SO ORDERED.

Dated:   **May 10, 2024**              **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE