UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA YOUSIR BAJIS,<br><br>    Plaintiff,<br><br>  v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: 1:23-cv-1614-WBS-GSA<br><br>**ORDER GRANTING EAJA FEES**<br><br><br>(Doc. 24) |

As stipulated, Doc. 24, it is ORDERED that Plaintiff is awarded attorney fees and expenses $7,500.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs subject to the terms set forth in the stipulation dated August 8, 2024.

IT IS SO ORDERED.

Dated:   **August 9, 2024**             /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE